# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**JEANNETTE LYNN GRIFFIS,**                                                                   **PETITIONER**

**v.**                                                                            **No. 2:05CV89-P-B**

**DESOTO COUNTY, MISSISSIPPI, ET AL.**                                   **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice for failure to exhaust state remedies.

**SO ORDERED,** this the 15th day of November, 2005.

                                                                            /s/ W. Allen Pepper, Jr.
                                                                            W. ALLEN PEPPER, JR.
                                                                            UNITED STATES DISTRICT JUDGE